**UNITED STATES of America, Appellee,**

v.

**Reginald JONES, Appellant.**

No. 02–3449.

United States Court of Appeals, Eighth Circuit.

Submitted April 2, 2003.

Decided April 7, 2003.

Before LOKEN,[1] Chief Judge, BOWMAN, and WOLLMAN, Circuit Judges.

PER CURIAM.

Federal inmate Reginald Jones challenges the district court's[2] denial of his postjudgment motion seeking to dismiss his indictment. Having reviewed the record, we conclude that relief is not available at this time under Fed. R. Crim P. 12(b)(2). *See United States v. Patton*, 309 F.3d 1093 (8th Cir.2002) (per curiam). Accordingly, the judgment is affirmed. *See* 8th Cir. R. 47B.

A true copy.

---

1. The HONORABLE RICHARD G. KOPF, Chief Judge, United States District Court for the District of Nebraska.

1. The Honorable James B. Loken became Chief Judge of the United States Court of Appeals for the Eighth Circuit on April 1, 2003.

2. The Honorable Jean C. Hamilton, United States District Judge for the Eastern District of Missouri.